### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM EARL SALGAT, | Case No. 25-cv-3353 (LMP/SGE) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| A-AFFORDABLE BAIL BONDS, INC., | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Shannon G. Elkins, entered on August 27, 2025. ECF No. 4. The R&R concludes that Petitioner William Earl Salgat's petition for a writ of habeas corpus (ECF No. 1) should be denied and that this matter should be dismissed without issuance of a certificate of appealability. ECF No. 4 at 4. Neither Salgat nor Respondent A-Affordable Bail Bonds, Inc. objects to the R&R, so the Court reviews it for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); *see* Fed. R. Civ. P. 72(b). Having reviewed the R&R, the Court finds no error and adopts it in full.

### ORDER

Based on the foregoing, and on all the files, records, and proceedings, in this matter, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 4) is **ADOPTED**;

2. Salgat's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**;

3. This matter is **DISMISSED WITHOUT PREJUDICE**; and

4.   No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2025        *s/Laura M. Provinzino*
                                 Laura M. Provinzino
                                 United States District Judge